**WO**                                                                                           MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward F. Parks, | No. CV 11-8175-PHX-GMS (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| Mohave County Sheriff's Department, et al., | |
| Defendants. | |

In a February 16, 2012 Order, the Court granted Plaintiff Edward F. Parks's second Application to Proceed *In Forma Pauperis* and dismissed his Complaint without prejudice for lack of subject matter jurisdiction. The Court did not grant Plaintiff leave to amend his Complaint because, even if Plaintiff cured the jurisdictional defect, dismissal was appropriate under the abstention doctrine set forth in Younger v. Harris, 401 U.S. 37 (1971). The Clerk of Court entered Judgment on February 16, 2012.

On March 2, 2012, Plaintiff filed a Motion to File (Doc. 12), asserting that his state law criminal case should be vacated and dismissed.

This case is closed. Thus, the Court will deny as moot the Motion to File.

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1) Plaintiff's Motion to File (Doc. 12) is **denied** as moot.

(2) This case must remain **closed**.

DATED this 6th day of March, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge

- 2 -